**Electronically Filed**
**Supreme Court**
**SCWC-15-0000315**
**13-NOV-2015**
**10:39 AM**

SCWC-15-0000315

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MICHAEL C. GREENSPON,
Petitioner/Plaintiff-Appellant,

vs.

ONEWEST BANK NA; DAVID B. ROSEN, ESQ.; THE LAW OFFICE OF
DAVID B. ROSEN, ALC; DOES 1-10,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000315; CIV. NO. 14-1-0379(1))

ORDER REJECTING APPLICATIONS FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The applications for writ of certiorari, filed on

October 20, 2015, are hereby rejected.

DATED:  Honolulu, Hawaiʻi, November 13, 2015.

Michael C. Greenspon,          /s/ Mark E. Recktenwald
petitioner pro se
                               /s/ Paula A. Nakayama
David B. Rosen, Esq.
for respondents                /s/ Sabrina S. McKenna

                               /s/ Richard W. Pollack

                               /s/ Michael D. Wilson